Exhibit A

| Calls | Date | Caller ID |
|---|---|---|
| 1) | 12/11/2023 | 912-494-8334 |
| 2) | 1/2/2024 | 912-494-8331 |
| 3) | 1/3/2024 | 912-494-8337 |
| 4) | 1/4/2024 | 912-494-8337 |
| 5) | 1/5/2024 | 757-970-3875 |
| 6) | 1/8/2024 | 912-494-8331 |
| 7) | 1/17/2024 | 912-494-8338 |