Exhibit B

# Updated invitation: George Powers with @ Tue Dec 12, 2023 9am - 9:30am (EST) (jayc651@hush.com)

| | |
|---|---|
| From | Payton Greenway <pgreenway@aissolar.com> |
| Reply-to | Payton Greenway <pgreenway@aissolar.com> |
| To | jayc651 <jayc651@hush.com> |
| Sent | Monday, December 11, 2023 at 2:13 PM |
| Forwarded | Yes |
| Encrypted | No |
| Signed | No |
| Attachments | Attachment(1).ics, invite.ics |

**This event has been updated**
Changed: description

**Description** (CHANGED)
Spoke with george mentioned that he's paying about 300 dollars per month on his electric bill. educ about the program and booked him for phone consultation since this is the only option he can do for now. Dec 12 9AM EST set proper expectation and will have the bill handy as well during the phone call

==========

Phone:- (843) 281-4444
Email:- jayc651@hush.com

Need to make a changes to this event?
Need to make a change to this event?
Reschedule:-
https://msgsndr.com/widget/booking/d6EXnh387vLLQKv91NDJ?event_id=ZIJIT4KCjyql9SP60j2o

Cancel:-
https://msgsndr.com/widget/cancel-booking?event_id=ZIJIT4KCjyql9SP60j2o

**When**
Tuesday Dec 12, 2023 · 9am – 9:30am (Eastern Time - New York)

**Organizer**
Payton Greenway
pgreenway@aissolar.com

**Guests**
George Powers
View all guest info

**Reply** for jayc651@hush.com

Yes    No    Maybe    More options

Invitation from Google Calendar

You are receiving this email because you are an attendee on the event. To stop receiving future updates for this event, decline this event.

Forwarding this invitation could allow any recipient to send a response to the organizer, be added to the guest list, invite others regardless of their own invitation status, or modify your RSVP. Learn more