**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| Jay Connor, | ) | Case No. 2:24-cv-00747-JD-MGB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| AIS Solar, LLC, | ) | |
| and John Does 1–10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Jay Connor, proceeding *pro se*, brings this civil action alleging violations of the Telephone Consumer Protection Act ("TCPA"), among other claims. Pursuant to Local Civil Rule 73.02(B)(2) (D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

**PAYMENT OF THE FILING FEE:**

Plaintiff has paid the full filing fee (Receipt No. 200019990).

**TO THE CLERK OF COURT:**

The Clerk of Court is directed to issue the summons. (Dkt. No. 2.) The Clerk of Court shall calculate the 90-day period for service of process under Rule 4(m) of the Federal Rules of Civil Procedure from the date on which the summons is issued. *Robinson v. Clipse*, 602 F.3d 605, 608–09 (4th Cir. 2010) (tolling during initial review).

The Clerk shall not enter any change of address submitted by Plaintiff which directs that mail be sent to a person other than Plaintiff unless that person is an attorney admitted to practice before this Court who has entered a formal appearance.

**TO THE PLAINTIFF:**

**You are responsible for service of process under Rule 4 of the Federal Rules of Civil Procedure.** Your attention is directed to Rule 4(m), which provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." The time for service does not run during the initial review of this case; therefore, you have 90 days from the date on which the summons is issued to execute service.

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, any documents filed subsequent to the initial pleading must be served on parties. Unless otherwise ordered, service of subsequently filed documents on a defendant represented by an attorney is made on the attorney. Service on attorneys who have made an appearance in this Court is effected by the court's Electronic Case Filing system through a computer generated notice of electronic filing. However, prior to Defendants' attorneys making an appearance in this Court, you must serve Defendants with any documents you file subsequent to the initial pleading and file a certificate of service that states who was served, what document was served, and how the document was served.

You must place the civil action number listed above (No. 2:24-cv-00747-JD-MGB) on any document you provide the Court. **Any future filings in this case must be sent to the Court at P.O. Box 835, Charleston, South Carolina 29402.** All documents requiring your signature shall be signed with your full legal name written in your own handwriting. You must *not* use the "s/typed name" format used in the Electronic Case Filing System. In all future filings with this Court, you must use letter-sized (8½ inches by 11 inches) paper only, write or type text on only one side of a sheet of paper, and not write or type on both sides of any sheet of paper. You must not write to the edge of the paper, but must instead leave one inch-margins on the top, bottom, and sides of each paper submitted.

You are ordered to always keep the Clerk of Court advised **in writing (P.O. Box 835, Charleston, South Carolina 29402)** if your address changes for any reason, so as to assure that orders or other matters that specify deadlines for you to meet will be received by you. If, as a result of your failure to comply with this Order, you fail to meet a deadline set by this Court, **your case may be dismissed for violating this Order.** Therefore, if you have a change of address before this case is ended, you must comply with this Order by immediately advising the Clerk of Court in writing of such change of address and providing the Court with the docket number of all pending cases you have filed with this Court. Your failure to do so will not be excused by the Court.

**TO THE DEFENDANTS:**

Defendants are directed to file an answer to the Complaint, or to otherwise plead, within the time established under the Federal Rules of Civil Procedure. The Court will enter a separate scheduling order.

**IT IS SO ORDERED.**

_____
MARY GORDON BAKER
UNITED STATES MAGISTRATE JUDGE

February 14, 2024
Charleston, South Carolina

Plaintiff's attention is directed to the **important warning** on the next page.

# IMPORTANT INFORMATION—PLEASE READ CAREFULLY

# WARNING TO PRO SE PARTY OR NONPARTY FILERS

ALL DOCUMENTS THAT YOU FILE WITH THE COURT WILL BE AVAILABLE TO THE PUBLIC ON THE INTERNET THROUGH PACER (PUBLIC ACCESS TO COURT ELECTRONIC RECORDS) AND THE COURT'S ELECTRONIC CASE FILING SYSTEM. **CERTAIN *PERSONAL IDENTIFYING INFORMATION* SHOULD NOT BE INCLUDED IN, OR SHOULD BE REMOVED FROM, ALL DOCUMENTS *BEFORE* YOU SUBMIT THE DOCUMENTS TO THE COURT FOR FILING.**

Rule 5.2 of the Federal Rules of Civil Procedure provides for privacy protection of electronic or paper filings made with the court. Rule 5.2 applies to *ALL* documents submitted for filing, including pleadings, exhibits to pleadings, discovery responses, and any other document submitted by any party or nonparty for filing. Unless otherwise ordered by the court, a party or nonparty filer should not put certain types of an individual's personal identifying information in documents submitted for filing to any United States District Court. If it is necessary to file a document that already contains personal identifying information, the personal identifying information should be "**blacked out**" or **redacted** prior to submitting the document to the Clerk of Court for filing. A person filing any document containing their own personal identifying information **waives** the protection of Rule 5.2(a) by filing the information without redaction and not under seal.

1. Personal information protected by Rule 5.2(a):

   (a) **Social Security and Taxpayer identification numbers.** If an individual's social security number or a taxpayer identification number must be included in a document, the filer may include only the last four digits of that number.
   (b) **Names of Minor Children.** If the involvement of a minor child must be mentioned, the filer may include only the initials of that child.
   (c) **Dates of Birth.** If an individual's date of birth must be included in a document, the filer may include only the year of birth.
   (d) **Financial Account Numbers.** If financial account numbers are relevant, the filer may include only the last four digits of these numbers.

2. Protection of other sensitive personal information—such as driver's license numbers and alien registration numbers—may be sought under Rule 5.2(d) (filings made under seal) and (e) (protective orders).